# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-2610 MRW | Date | May 3, 2017 |
|---|---|---|---|
| Title | Carpenters Southwest Administrative Corporation v. Juan C. Romero | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice of voluntary dismissal without prejudice. (Docket # 8.) This action is dismissed without prejudice.